2:20-CV-00229-RGK-SP

FILED
CLERK, U.S. DISTRICT COURT

JAN - 8 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

RECEIVED
CLERK, U.S. DISTRICT COURT

JAN - 7 2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT

for the

_____ District of _____

_____ Division

Dennis Keith Williams

**Plaintiff(s)**

*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Jackie Lacey - DA - LAX
James McDonnell - Sheriff
Alex Villanueva - LA - CA
Booking → 5240848 **Defendant(s)**

*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)*

Case No. ██████████████████
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☒ No

# COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Dennis Keith Williams |
| Address | 14750 SAINt Mary's St |
| | Detroit   Mi   48227 |
| | City          State          Zip Code |
| County | |
| Telephone Number | 313 348 0974 |
| E-Mail Address | dennisKWilliams 1956 @ Gmail |

### B.   The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.  Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | James Mc Donnell |
| Job or Title (if known) | SheRiff of LA COUNTY CA |
| Address | LoS Angeles |
| | CA          90012 |
| | City          State          Zip Code |
| County | LoS Angeles   CA |
| Telephone Number | |
| E-Mail Address (if known) | |

☐ Individual capacity   ☒ Official capacity

**Defendant No. 2**

| | |
|---|---|
| Name | ALex Villanueva |
| Job or Title (if known) | SheRiff |
| Address | |
| | LoS Angeles   CA   90012 |
| | City          State          Zip Code |
| County | |
| Telephone Number | |
| E-Mail Address (if known) | |

☐ Individual capacity   ☒ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
    Name                     Judge: YVETTE VERASTEGUI
    Job or Title *(if known)*  Judge
    Address               1707 La Cienega Blvd
                          LOS ANGELES  CA   90045
                          *City*       *State*   *Zip Code*

    County
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity  ☒ Official capacity

Defendant No. 4
    Name                     John HILL I/O LAPD
    Job or Title *(if known)*  I/O LAPD
    Address               WEST LA  CA   LOS ANGELES
                                CA   90073
                          *City*     *State*   *Zip Code*
    County                 LOS ANGELES
    Telephone Number
    E-Mail Address *(if known)*

    ☐ Individual capacity  ☒ Official capacity

## II.  Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.  Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)  Main No 30068971 SID/CII 02/531392
                                      DETAINER              AKA02

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

RACIAL- Identity Profiling - CCP148A - CCP132
DETAINER MAIN: NO 30068971 - SID/CII NO: 021
531392 - AKA-02 - AKA-01 - AKA-03
Booking - Number 5240848  SA097455-01

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Habits
DAVINO Watson V. The USA - 14CV-6459, 2016
US DIST Lexis 23256 (ED NY 2016

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any
statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia."
42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color
of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of
federal law. Attach additional pages if needed. CCP 148.9 IDENTITY ThefT

DeTainer SID/C11021531392 CCP 132 AnTe Date 2009
AKA 02 - Booking 5240848 | What year did This Happen
In SA-097455-01

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the
alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include
further details such as the names of other persons involved in the events giving rise to your claims. Do not cite
any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain
statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    Where did the events giving rise to your claim(s) occur? I was/ for operator ARRESTED
Call- Arrested Alleged crimes date 02/23/18
C11-021531392 - AKA-02 operator call on 02/26/
18 - IN CASE SA-097455-01 - Year 2009

B.    What date and approximate time did the events giving rise to your claim(s) occur? Arrested
date 02/23/2018 - Self Defense - Attacked
by Pan HandlERS -

C.    What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what?
Was anyone else involved? Who else saw what happened?)* STAb IN RIGHT
Hand by ATTackers, Then Arrested
To New ParkER CENTER ANNEX ON
Los Angeles STREET COUNTY Jail, TReated

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

**IV.   Injuries** Duress, Coercion - fraud CCP132-CCP48,9

If you sustained injuries related to the events alleged above, describe your injuries and state what medical
treatment, if any, you required and did or did not receive. STAbbed- STAB IN RIGHT
Hand and beat up, Arrested, Suffer eye
Injury, Failure of Treatment for Mental
Condition Pains & Suffering Attacked by
gangs - gangs IN county Jail - Nerve
damage physical, Failure diabete low
blood Sugar. Neurological - false imprison
ment damages. Loss Liberty Mental Suffer
ing Injury - Loss of Liberty Physical and
Emotional distress - Aggravating Factors

**V.   Relief** $ 3,900,000.⁰⁰

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.
If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for
the acts alleged. Explain the basis for these claims. $ 3,900,000.⁰⁰ Future
and current Mental Aggravation
False Imprisonment - Imprisonment
Physical Abuse public humiliation
Malice false Arrest IN Booking 5240848
A year and one day IN Los Angeles
county Jail - Punitive Damages
compensatory - Mental Suffering
Aggravation damages

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    12/31/2019

Signature of Plaintiff    Dennis K8 3Villiams

Printed Name of Plaintiff    Dennis Keith Williams

### B.    For Attorneys

Date of signing:    NA

Signature of Attorney    NA NONE

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address    _____

_____
City                State        Zip Code

Telephone Number    _____

E-mail Address    _____

*Suppose To be same case*
*ALL Started IN case SA097455O1*
*02/26/2018*
*Booking Number*
*5240848*
*CII 021531392-AKA02*
*ANTe date* *SID - DETAINER* *operator CALL*
*2009 CCP132* *Dennis Ks 3 Williams*
*12-31-2019*

MINUTE ORDER
SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

TE PRINTED: 12/09/19

-------------------------------------------------

SE NO. SA099587

E PEOPLE OF THE STATE OF CALIFORNIA
VS.
FENDANT 01:  DENNIS KEITH WILLIAMS

=======================================================

FORMATION FILED ON 01/17/19.

JNT 01: 245(A)(1) PC FEL

12/03/19 AT  200 PM  IN CENTRAL DISTRICT DEPT 100

SE CALLED FOR JUDICIAL ACTION

RTIES: WILLIAM C. RYAN (JUDGE)  JESSICA CABRERA  (CLERK)
       NONE     (REP)  NONE  (DDA)

FENDANT IS  NOT PRESENT IN COURT, AND NOT REPRESENTED BY COUNSEL

MINUTE ORDER CONTINUED FROM 1:30 P.M.**

FOOT NOTE**

THE CASE NUMBERS ARE SA099587, PETITIONER'S OPEN PROBATION
SE, AND SA097455.  CASE NUMBER SA097455 IS A CASE WITH DENNIS
ITH WILLIAMS LISTED AS THE DEFENDANT AND WAS ORIGINALLY FILED
MARCH 27, 2018.  THAT CASE WAS DISMISSED AND REFILED AS
099587 AFTER THE DISTRICT ATTORNEY WAS "UNABLE TO PROCEED,"
CAUSE "ACTION NOT BROUGHT TO COURT IN TIME."  (MINUTE ORDER,
SE NUMBER SA097455, DEFENDANT DENNIS KEITH WILLIAMS, DATED
CEMBER 17, 2018.)

E COURT ORDER IS SIGNED AND FILED THIS DATE.

TRUE COPY OF THIS MINUTE ORDER IS SENT VIA U.S. MAIL TO THE
LLOWING PARTIES:

NNIS KEITH WILLIAMS
750 ST MARY'S
TROIT, MI  48227

PAGE NO.    1          JUDICIAL ACTION
                       HEARING DATE: 12/03/19

SE NO. SA099587                                    DATE PRINTED 12/09/19
= NO.  01

FICE OF THE DISTRICT ATTORNEY
ST-CONVICTION LITIGATION & DISCOVERY DIVISION
BEAS CORPUS LITIGATION TEAM
) W. TEMPLE ST., RM. 540
S ANGELES, CA 90012

TRY MADE BY G. ALONZO

(T SCHEDULED EVENT:
~~OCEEDINGS TERMINATED~~

/09/19

HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ELECTRONIC MINUTE
DER  ON FILE IN THIS OFFICE AS OF THE ABOVE DATE.

ERRI R. CARTER ,EXECUTIVE OFFICER/CLERK OF SUPERIOR COURT, COUNTY OF LOS
GELES, STATE OF CALIFORNIA

                                   G. ALONZO

_____, DEPUTY



JUDICIAL ACTION
                                   HEARING DATE: 12/03/19

# ACLU SoCal - Jails Project

1313 W 8th St, #200, Los Angeles, CA 90017 | 213-977-9543 (no collect calls, sorry!)

5/2019

Dennis Williams
P.O. Box 86164
Los Angeles, CA 90086-0164

Dear Dennis,

Thank you for contacting the ACLU SoCal's Jails Project ("Jails Project") on Thursday, May 23, 2019. This letter is to inform you of the action that the ACLU SoCal has taken to address your concern. For your reference, the ACLU SoCal Record Identification Number for the complaint is 18979.

As you may know, the ACLU SoCal is the court-ordered monitor of conditions of confinement and medical services within all Los Angeles County jail facilities. "Conditions" refers to beds, change of clothing, food, meals, gay ("K6-G")/fear for life ("PC", "Greenlighter") inmate classification, recreation, showers, telephones, overcrowding, hygiene ("fish") kits, store ("canteen", "commissary"), religious services, ADA complaints, mail, allegations of violence and retaliation and other similar issues.

We sent a complaint on/around Monday, June 3, 2019 to the Los Angeles Sheriff's Department ("LASD") requesting the following:

> *Inmate reports that he is hearing voices and is seeking to see the psychologist. Please refer inmate to a mental health professional for evaluation, treatment, and care. Thank you.*

You should have received a response within 30 days of Monday, June 3, 2019. If you feel that further assistance is needed and you are having difficulties obtaining it, please contact us again. Also, make sure that you have submitted an inmate grievance ("complaint") form with LASD within 15 days of the date of incident, in addition to submitting a complaint to the Jails Project.

If you are seeking legal representation to seek damages from LASD or assistance with a criminal or parole matter, please understand that the Jails Project is unable to assist you.

You should <u>immediately</u> contact an attorney of your choice to discuss whether your case involves a <u>statute of limitations</u>. A statute of limitations is a time deadline within which a claim and a lawsuit must be filed. If you do not comply with the applicable statute of limitations, you may be legally barred from pursuing a claim in court. *If you do file a "complaint" form with LASD, make sure to do so within 15 days of the date of incident to begin the process of exhausting administrative remedies per Prison Litigation Reform Act ("PLRA").*

*Contacting the Jails Project does not mean that the ACLU SoCal has accepted the case. The ACLU SoCal has made no commitment or promise to represent you in this matter.*

*If you contacted the ACLU SoCal or the Jails Project through our telephone pre-screening procedure, by sending us a letter, or by speaking to a representative, the pre-screener with whom you spoke is not an attorney, but rather a volunteer who is prohibited from giving legal advice under state law. The pre-screener cannot accept or reject cases for the ACLU SoCal or the Jails Project.*

The following resources may be helpful to you:

- **Legal Assistance**:
  * LA County Bar Association
    866-SMART-LAW (762-7552)

- **Deputy Misconduct/Jail Complaint Process**:
  * LASD, Internal Affairs Division
    4900 S Eastern Ave, #100, Commerce, CA 90040
    (323) 890-5300
  * LASD Internal Criminal Investigations Bureau
    4900 S Eastern Ave, #100, Commerce, CA 90040
    (323) 890-5451
  * LA Sheriff's Department, Office of Inspector General
    312 S Hill St, 3rd Fl, Los Angeles, CA 90013
    (213) 974-6100
  * LA Police Department's Police Commission, Office of the Inspector General
    201 N Figueroa St, Suite 615, Los Angeles, CA 90012
    (213) 482-6833

- **Mental Health Assistance**:
  * Countywide Housing, Employment & Education Resources (Men)
    600 S Vermont Ave, 10th Fl, Los Angeles, CA 90005
    (213) 251-6662
  * Countywide Housing, Employment & Education Resources (Women)
    11705 S Alameda Ave, Lynwood, CA 90362
    (323) 568-4976

- **Prison Resources**:
  * CA Appellate Project, San Francisco
    101 2nd St, Suite 600, San Francisco, CA 94105
    415-495-0500
  * Prison Law Office, San Quentin
    1917 5th St, Berkeley, CA 94710
    510-280-2621
  * Federal Public Defender
    321 E 2nd St, Los Angeles, CA 90012
    213-894-2854
  * Attorney General, US Department of Justice
    312 N Spring St, Suite 1200, Los Angeles, CA 90012
    213-894-2400
  * California Innocence Project
    225 Cedar St, San Diego, CA 92101
    619-525-1485

Sincerely,

*ACLU SoCal Jails Project*

# ACLU SoCal - Jails Project

1313 W 8th St, #200, Los Angeles, CA 90017 | 213-977-9543 (no collect calls, sorry!)

May 17, 2019

Dennis Williams ▓▓▓▓▓
PO Box 86164
Terminal Annex
Los Angeles, CA 90086-0164

Dear Dennis,

Thank you for contacting the ACLU SoCal's Jails Project ("Jails Project") on 4/25/2019.

Unfortunately, we are unable to act upon your complaint because it doesn't directly relate to our work and/or it's outside of our jurisdiction here at the Jails Project.

As you may know, the Jails Project is the court-ordered monitor of conditions of confinement and medical services within all Los Angeles County jail facilities. "Conditions" refers to beds, change of clothing, food, meals, gay ("K6-G")/fear for life ("PC", "Greenlighter") inmate classification, outdoor recreation, showers, telephones, overcrowding, hygiene ("fish") kits, store ("canteen", "commissary"), religious services, ADA complaints, mail, allegations of violence and retaliation, and other similar issues.

If you are seeking legal representation to seek damages from LASD or assistance with a criminal or parole matter, please understand that the Jails Project is unable to assist you.

You should <u>immediately</u> contact an attorney of your choice to discuss whether your case involves a <u>statute of limitations</u>. A statute of limitations is a time deadline within which a claim and a lawsuit must be filed. If you do not comply with the applicable statute of limitations, you may be legally barred from pursuing a complaint in court. *If you do file a "complaint" form with LASD, make sure to do so within 15 days of the date of incident to begin the process of exhausting administrative remedies per Prison Litigation Reform Act ("PLRA").*

*Contacting the Jails Project does not mean that the ACLU SoCal has accepted the case. The ACLU SoCal has made no commitment or promise to represent you in this matter. If you contacted the ACLU SoCal or the Jails Project through our telephone pre-screening procedure, by sending us a letter or by speaking to a representative, the pre-screener with whom you spoke is not an attorney, but rather a volunteer who is prohibited from giving legal advice under state law. The pre-screener cannot accept or reject cases for the ACLU SoCal or the Jails Project.*

The following resources may be helpful to you:

- **Legal Assistance**
  - **LA County Bar Association**
    866-SMART LAW (762-7852)
- **Deputy Misconduct/Jail Complaint Process**
  - **LASD Internal Affairs Division**
    4900 S Eastern Ave, Suite #100, Commerce, CA 90040
    323-890-5300
  - **LASD Internal Criminal Investigations Bureau**
    4900 S Eastern Ave, Suite #100, Commerce, CA 90040
    323-890-5451
  - **LA Sheriff's Department, Office of Inspector General**
    312 S Hill St, 3rd Fl, Los Angeles, CA 90013
    213-974-6100

- o **LA Police Department's Police Commission, Office of the Inspector General**
  201 N Figueroa St, Suite 610, Los Angeles, CA 90012
  213-482-6563

- **Mental Health Assistance**
  - o **Countywide Housing, Employment & Education Resources (Men)**
    695 S Vermont Ave, 10th Fl, Los Angeles, CA 90005
    213-251-6582
  - o **Countywide Housing, Employment & Education Resources (Women)**
    11705 S Alameda Ave, Lynwood, CA 90362
    323-568-4678

- **Prison Resources**
  - o **CA Appellate Project, San Francisco**
    101 2nd St, Suite 600, San Francisco, CA 94105
    415-495-0500
  - o **Prison Law Office, San Quentin**
    1917 4th St, Berkeley, CA 94710
    510-280-2621
  - o **Federal Public Defender**
    321 E 2nd St, Los Angeles, CA 90012
    213-894-2854
  - o **Attorney General, US Department of Justice**
    312 N Spring St, Suite 1200, Los Angeles, CA 90012
    213-894-2400
  - o **California Innocence Project**
    225 Cedar St, San Diego, CA 92101
    619-525-1485

Sincerely,

*ACLU SoCal Jails Project*

**Don't forget to file the white copy of your grievance form with the facility.**

# ACLU SoCal - Jails Project

1313 W 8th St, #200, Los Angeles, CA 90017 | 213-977-9543 (no collect calls, sorry!)

9/10/2019

Dennis Williams
P.O. Box 86164
Los Angeles, CA 90086-0164

Dear Dennis,

Thank you for contacting the ACLU SoCal's Jails Project ("Jails Project") on Thursday, May 23, 2019. This letter is to inform you of the action that the ACLU SoCal has taken to address your concern. For your reference, the Jails Project Record Identification Number for the complaint is: 16979.

As you may know, the Jails Project is the court-ordered monitor of conditions of confinement and medical services within all Los Angeles County jail facilities. "Conditions" refers to beds, change of clothing, food, meals, gay ("K6-G")/fear for life ("PC", "Greenlighter") inmate classification, recreation, showers, telephones, overcrowding, hygiene ("fish") kits, store ("canteen", "commissary"), religious services, ADA complaints, mail, allegations of violence and retaliation and other similar issues.

We sent a complaint on Monday, June 3, 2019 to the Los Angeles Sheriff's Department ("LASD") requesting the following:

*Inmate reports that he is hearing voices and is seeking to see the psychologist. Please refer inmate to a mental health professional for evaluation, treatment, and care. Thank you.*

We received the following resolution to your complaint on 6/7/2019:

*Seen by psychiatrist on 5/29/29. No ref # available. [Processed 6/10/19]*

You should have received a response within 30 days of Monday, June 3, 2019. If you feel that further assistance is needed and you are having difficulties obtaining it, please contact us again. Also, make sure that you have submitted an inmate grievance ("complaint") form with LASD within 15 days of the date of incident, in addition to submitting a complaint to the Jails Project.

If you are seeking legal representation to seek damages from LASD or assistance with a criminal or parole matter, please understand that the Jails Project is unable to assist you.

You should **immediately** contact an attorney of your choice to discuss whether your case involves a **statute of limitations**. A statute of limitations is a time deadline within which a claim and a lawsuit must be filed. If you do not comply with the applicable statute of limitations, you may be legally barred from pursuing a claim in court. *If you do file a "complaint" form with LASD, make sure to do so within 15 days of the date of incident to begin the process of exhausting administrative remedies per Prison Litigation Reform Act ("PLRA").*

*Contacting the Jails Project does not mean that the ACLU SoCal has accepted the case. The ACLU SoCal has made no commitment or promise to represent you in this matter.*

*If you contacted the ACLU SoCal or the Jails Project through our telephone pre-screening procedure, by sending us a letter, or by speaking to a representative, the pre-screener with whom you spoke is not an attorney, but rather a volunteer who is prohibited from giving legal*

*advice under state law.  The pre-screener cannot accept or reject cases for the ACLU SoCal or the Jails Project.*

The following resources may be helpful to you:

- **Legal Assistance**:
  - **LA County Bar Association**
    866-SMART-LAW (762-7852)



- **Deputy Misconduct/Jail Complaint Process**:
  - **LASD, Internal Affairs Division**
    4900 S Eastern Ave, #100, Commerce, CA 90040
    (323) 890-5300
  - **LASD Internal Criminal Investigations Bureau**
    4900 S Eastern Ave, #100, Commerce, CA 90040
    (323) 890-5451
  - **LA Sheriff's Department, Office of Inspector General**
    312 S Hill St, 3rd Fl, Los Angeles, CA 90013
    (213) 974-6100
  - **LA Police Department's Police Commission, Office of the Inspector General**
    201 N Figueroa St, Suite 610, Los Angeles, CA 90012
    (213) 482-6833

- **Mental Health Assistance**:
  - **Countywide Housing, Employment & Education Resources (Men)**
    695 S Vermont Ave, 10th Fl, Los Angeles, CA 90005
    (213) 251-6582
  - **Countywide Housing, Employment & Education Resources (Women)**
    11705 S Alameda Ave, Lynwood, CA 90262
    (323) 568-4678

- **Prison Resources**:
  - **CA Appellate Project, San Francisco**
    101 2nd St, Suite 600, San Francisco, CA 94105
    415-495-0500
  - **Prison Law Office, San Quentin**
    1917 5th St, Berkeley, CA 94710
    510-280-2621
  - **Federal Public Defender**
    321 E 2nd St, Los Angeles, CA 90012
    213-894-2854
  - **Attorney General, US Department of Justice**
    312 N Spring St, Suite 1200, Los Angeles, CA 90012
    213-894-2400
  - **California Innocence Project**
    225 Cedar St, San Diego, CA 92101
    619-525-1485

Sincerely,

*ACLU SoCal Jails Project*



Dennis
Keith
Williams
14750
Saint Mary's
Detroit MI
48227

UNITED STATES DISTRICT
COURT CENTRAL DISTRICT
WESTERN DIVISION
255 East Temple St Suite 180
Los Angeles CA 90012
ATTN: Civil Intake Clerk
Suite 180